# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 15-1019**                 **September Term, 2014**

NLRB-13CA046634
NLRB-13CA046529
NLRB-13CA046528

**Filed On: August 20, 2015** [1568998]

Latino Express, Inc.,

      Petitioner

  v.

National Labor Relations Board,

      Respondent

------------------------------

Consolidated with 15-1031

## O R D E R

Upon consideration of the motions of counsel for petitioner Latino Express, Inc., to withdraw, and the lack of any response thereto, it is

**ORDERED** that the motions to withdraw be granted, and the appearance of Zane D. Smith, Esq., and Andre Ordeanu, Esq., in these cases be terminated. It is

**FURTHER ORDERED** that briefing in these cases be suspended pending further order of the court. It is

**FURTHER ORDERED**, on the court's own motion, that by September 21, 2015, petitioner Latino Express, Inc., either (1) have counsel enter an appearance in these cases or (2) show cause why No. 15-1019 should not be dismissed. See Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201-03 (1993) (citing cases holding that corporations, partnerships, or associations may not appear in federal court other than through licensed attorney). The response to the order to show cause may not exceed 20 pages. Failure by petitioner to comply with this order will result in dismissal of No. 15-1019 for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to petitioner by certified mail, return receipt requested, and by first class mail.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                    BY:    /s/
                                 Mark A. Butler
                                 Deputy Clerk